UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CHRIS EPLER, ROBERT ARMER, RONALD CARTER, ROBERT CERONE, FRANCINE FREEBORN, NAVIN KADAMBI and ROBERT MERRITT,**

      **Plaintiffs,**

v.                                                Case No: 6:21-cv-461-PGB-DCI

**AIR METHODS CORPORATION and ROCKY MOUNTAIN HOLDINGS, LLC,**

      **Defendants.**
_____/

## ORDER

This cause is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice, filed May 11, 2022. (Doc. 84). The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiffs' claims against Defendants Air Methods Corporation and Rocky Mountain Holdings, LLC are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on May 12, 2022.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties